**United States District Court**
Office of the Clerk
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

**Jeffrey S. Eaton**
Clerk

October 25, 2021

Jill Mongeon, Court Operations Manager
Vermont Superior Court, Civil Division
Chittenden Unit
175 Main Street
P.O. Box 187
Burlington, VT  05402-0187

    RE:    *State of Vermont v. Exxon Mobil Corpration et al*

Dear Ms. Mongeon:

    The above entitled action has been removed to this court and is pending as docket number *2:21-cv-260*.  I am enclosing a copy of our docket sheet for your information.

    I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file.  If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

    Ritchie E. Berger, Esq.
    Dinse P.C.
    209 Battery Street
    P.O. Box 988
    Burlington, VT  05402-0988

Sincerely,
*/s/ Lisa Wright*
Deputy Clerk

Enclosure
    Docket Sheet

Cc (no enclosure):
    Joshua R. Diamond, Esq.
    Justin E. Kolber, Esq.
    Laura B. Murphy, Esq.
    Thomas J. Donovan, Jr., Esq.
    Ritchie E. Berger, Esq.
    Matthew B. Byrne, Esq.
    Timothy C. Doherty. Jr., Esq.
    Walter E. Judge, Jr., Esq.
    Pietro J. Lynn, Esq.