UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br>      Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL CORPORATION,<br>ROYAL DUTCH SHELL PLC, SHELL OIL<br>COMPANY, SHELL OIL PRODUCTS<br>COMPANY LLC, MOTIVA ENTERPRISES<br>LLC, SUNOCO LP, SUNOCO, LLC, ETC<br>SUNOCO HOLDINGS LLC, ENERGY<br>TRANSFER (R&M), LLC, ENERGY<br>TRANSFER LP, and CITGO PETROLEUM<br>CORPORATION,<br>      Defendants. | Case No. 2:21-cv-260 |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff State of Vermont, pursuant to 28 U.S.C. § 1447(c), moves this Court to: (i) remand this case to the Chittenden Superior Court, where it was originally filed and from which Defendants removed it; and (ii) require Defendants to pay just costs and expenses, including attorney fees, incurred as a result of the removal.  The basis for this motion will be set forth more fully in Plaintiff's memorandum of law which, pursuant to the Stipulation and Order to Stay Deadlines and for a Coordinated Briefing Schedule (Doc. 17), is to be filed on or before December 17, 2021.

DATED:  November 22, 2021          Respectfully submitted,

                                              STATE OF VERMONT

                                              THOMAS J. DONOVAN, JR.
                                              ATTORNEY GENERAL

By: _____
Justin Kolber
Laura Murphy
  Assistant Attorneys General
Joshua R. Diamond
  Deputy Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05602
Justin.Kolber@vermont.gov
Laura.Murphy@vermont.gov

2