**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| STATE OF VERMONT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, MOTIVA ENTERPRISES LLC, SUNOCO LP, SUNOCO LLC, ETC SUNOCO HOLDINGS LLC, ENERGY TRANSFER (R&M) LLC, ENERGY TRANSFER LP, and CITGO PETROLEUM CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-260-wks<br><br><br>Date: March 22, 2022 |

# **NOTICE**

Defendants write to inform the Court of recent developments in a related case, *Connecticut* v. *Exxon Mobil Corp.*, No. 21-1446 (2d Cir.).[1]

In *Connecticut*, the Second Circuit will decide whether a substantially similar action—asserted by an Attorney General against one of the Defendants here—was properly removed to federal court. Both the Plaintiff's claims and the grounds for removal in *Connecticut* overlap with those asserted here. For instance, in both cases, the first ground for removal is that federal law necessarily governs claims that functionally seek to regulate interstate and international emissions, even when those claims are nominally pleaded under state consumer-protection laws.[2]

---

[1] This notice is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

[2] *See* Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand, *Vermont* v. *Exxon Mobil Corp.*, No. 2:21-cv-260 (D. Vt. Feb. 18, 2022), ECF No. 51 at 48–49.

Oral argument in *Connecticut* has been set for the week of May 23, 2022, and the parties are available from May 23 through May 25 of that week.  *See Connecticut*, Dkt. Nos. 131-132 (Mar. 7 & 10, 2022).  Defendants will keep the Court apprised of further developments in the related *Connecticut* case.

DATED:  March 22, 2022                    Respectfully Submitted,


/s/ Ritchie E. Berger
Ritchie E. Berger

Ritchie E. Berger
**DINSE P.C**.
209 Battery Street, P.O. Box 988
Burlington, VT 05401
Tel.:  (802) 864-5751
Fax:  (802) 862-6409
Email:  rberger@dinse.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3089
Fax: (212) 492-0089
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

Justin Anderson (*pro hac vice*)
**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Tel.: (202) 223-7300
Fax: (212) 223-7420
Email: janderson@paulweiss.com

Patrick J. Conlon (*pro hac vice*)
Exxon Mobil Corporation
22777 Springwoods Village Parkway
Spring, TX 77389
Tel.: (832) 624-6336
patrick.j.conlon@exxonmobil.com

*Counsel for Defendants Exxon Mobil Corp. & ExxonMobil Oil Corp.*

                */s/* Matthew B. Byrne
                Matthew B. Byrne

Matthew B. Byrne
**GRAVEL & SHEA**
76 St. Paul Street, 7th Floor
Burlington, VT 05401
Tel.:  (802) 658-0220
Fax:  (802) 658-1456
Email:  mbyrne@gravelshea.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: jwebster@kellogghansen.com
Email: dseverson@kellogghansen.com
Email: gknofczynski@kellogghansen.com

*Counsel for Defendants Shell plc (f/k/a Royal Dutch Shell plc), Shell USA, Inc. (Shell Oil Company), and Shell Oil Products Company LLC*

/s/ Matthew B. Byrne
Matthew B. Byrne

Matthew B. Byrne
**GRAVEL & SHEA**
76 St. Paul Street, 7th Floor
Burlington, VT 05401
Tel.:  (802) 658-0220
Fax:  (802) 658-1456
Email:  mbyrne@gravelshea.com

Tracie J. Renfroe (*pro hac vice*)
Oliver P. Thoma (*pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Tel.: (713) 751-3200
Fax: (713) 751-3290
Email: trenfroe@kslaw.com
Email: othoma@kslaw.com

*Counsel for Defendant Motiva Enterprises LLC*

/s/ Timothy C. Doherty, Jr.
Timothy C. Doherty, Jr.

Timothy C. Doherty, Jr.
Walter E. Judge
**DOWNS RACHLIN MARTIN PLLC**
Courthouse Plaza
199 Main Street
Burlington, VT 05401
Tel.: (802) 863-2375
Fax: (802) 862-7512
Email: tdoherty@drm.com
Email: wjudge@drm.com

J. Scott Janoe (*pro hac vice*)
**BAKER BOTTS LLP**
910 Louisiana Street
Houston, TX 77002
Tel.: (713) 229-1553
Fax: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan H. Berge (*pro hac vice*)
Sterling A. Marchand (*pro hac vice*)
**BAKER BOTTS LLP**
700 K Street N.W.,
Washington, D.C. 20001
Tel.: (202) 639-7700
Fax: (202) 639-7890
Email: megan.berge@bakerbotts.com
Email: sterling.marchand@bakerbotts.com

*Counsel for Defendants Sunoco LP, Sunoco, LLC, ETC Sunoco Holdings LLC, Energy Transfer (R&M), LLC, Energy Transfer LP*

/s/ Pietro J. Lynn
Pietro J. Lynn

Pietro J. Lynn
**LYNN, LYNN, BLACKMAN & MANITSKY, P.C.**
76 St. Paul Street, Suite 400
Burlington, VT 05401
Tel.:  (802) 860-1500
Fax:  (802) 860-1580
Email:  plynn@lynnlawvt.com

Robert E. Dunn (*pro hac vice*)
**EIMER STAHL LLP**
99 S. Almaden Boulevard, Suite 642
San Jose, CA 95113
Tel.: (408) 889-1690
Fax: (312) 692-1718
Email: rdunn@eimerstahl.com

Nathan P. Eimer (*pro hac vice*)
Pamela R. Hanebutt (*pro hac vice*)
Lisa S. Meyer (*pro hac vice*)
**EIMER STAHL LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel.: (312) 660-7600
Fax: (312) 692-1718
Email: neimer@eimerstahl.com
Email: phanebutt@eimerstahl.com
Email: lmeyer@eimerstahl.com

*Counsel for Defendant*
*CITGO Petroleum Corp.*