UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, | ) |
| EXXONMOBIL OIL CORPORATION, | ) |
| ROYAL DUTCH SHELL PLC, SHELL OIL | ) Case No. 2:21-cv-260 |
| COMPANY, SHELL OIL PRODUCTS | ) |
| COMPANY LLC, MOTIVA ENTERPRISES | ) |
| LLC, SUNOCO LP, SUNOCO, LLC, ETC | ) |
| SUNOCO HOLDINGS LLC, ENERGY | ) |
| TRANSFER (R&M), LLC, ENERGY | ) |
| TRANSFER LP, and CITGO PETROLEUM | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' "NOTICE"**

Defendants' March 22, 2022 "Notice" appears to be related to their October 29, 2021 Motion to Stay Proceedings (Doc. 19) pending the outcome of *Connecticut* v. *Exxon Mobil Corp.*, No. 21-1446 (2d Cir.). As the State previously has explained in opposing that motion, this Court should not wait for the Second Circuit's decision in *Connecticut* to move forward with this case, as a ruling for Defendants in *Connecticut* would not control here. *See* Plaintiff's Opposition to Defendants' Motion to Stay Proceedings (Doc. 30) and Reply in Support of Plaintiff's Motion to Remand (Doc. 55), at 3-8 & 10 n.3.

DATED: March 25, 2022            Respectfully submitted,

                                                          STATE OF VERMONT

                                                          THOMAS J. DONOVAN, JR.
                                                          ATTORNEY GENERAL

By: _____
    Justin E. Kolber
    Laura B. Murphy
      Assistant Attorneys General
    Joshua R. Diamond
      Deputy Attorney General
    Office of the Attorney General
    109 State Street
    Montpelier, VT 05602
    (802) 828-3186
    Justin.Kolber@vermont.gov
    Laura.Murphy@vermont.gov

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

Eric L. Lewis*
Mark J. Leimkuhler*
1101 New York Avenue, Suite 1000
Washington, DC 20005
(202) 833-8900
Eric.Lewis@lbkmlaw.com
Mark.Leimkuhler@lbkmlaw.com
* *Pro hac vice*

2