UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br>        Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL CORPORATION,<br>ROYAL DUTCH SHELL PLC, SHELL OIL<br>COMPANY, SHELL OIL PRODUCTS<br>COMPANY LLC, MOTIVA ENTERPRISES<br>LLC, SUNOCO LP, SUNOCO, LLC, ETC<br>SUNOCO HOLDINGS LLC, ENERGY<br>TRANSFER (R&M), LLC, ENERGY<br>TRANSFER LP, and CITGO PETROLEUM<br>CORPORATION,<br>        Defendants. | Case No. 2:21-cv-260 |

## PLAINTIFF'S (FOURTH) NOTICE OF SUPPLEMENTAL AUTHORITY

The State of Vermont provides notice of another recent decision relevant to its Motion to Remand (Doc. 36) and Defendants' contentions for removal. On July 7, 2022, the Ninth Circuit affirmed a district court's order remanding state law claims relating to oil and gas companies' deceptive promotion and sale of fossil fuels. *City & Cnty. of Honolulu v. Sunoco LP*, 2022 WL 2525427 (9th Cir. July 7, 2022).

DATED: July 11, 2022        Respectfully submitted,

                                        STATE OF VERMONT

                                        SUSANNE R. YOUNG
                                        ATTORNEY GENERAL

                                        By: _____
                                               Justin E. Kolber

2

    Laura B. Murphy
      Assistant Attorneys General
    Joshua R. Diamond
      Deputy Attorney General
    Office of the Attorney General
    109 State Street
    Montpelier, VT 05602
    (802) 828-3186
    Justin.Kolber@vermont.gov
    Laura.Murphy@vermont.gov


LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

Eric L. Lewis*
Mark J. Leimkuhler*
1101 New York Avenue, Suite 1000
Washington, DC 20005
(202) 833-8900
Eric.Lewis@lbkmlaw.com
Mark.Leimkuhler@lbkmlaw.com
* *Pro hac vice*