UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br>   Plaintiff,<br><br> v.<br><br>EXXON MOBIL CORPORATION,<br>EXXONMOBIL OIL CORPORATION,<br>ROYAL DUTCH SHELL PLC, SHELL OIL<br>COMPANY, SHELL OIL PRODUCTS<br>COMPANY LLC, MOTIVA ENTERPRISES<br>LLC, SUNOCO LP, SUNOCO, LLC, ETC<br>SUNOCO HOLDINGS LLC, ENERGY<br>TRANSFER (R&M), LLC, ENERGY<br>TRANSFER LP, and CITGO PETROLEUM<br>CORPORATION,<br>   Defendants. | Case No. 2:21-cv-260 |

## **PLAINTIFF'S (SEVENTH) NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff provides notice of a recent action by the United States Supreme Court that is relevant to Plaintiff's Motion to Remand (Doc. 36). On May 15, 2023, the Supreme Court denied a petition for a writ of certiorari to review a decision of the United States Court of Appeals for the Third Circuit, which affirmed orders of courts of the Districts of New Jersey and Delaware remanding lawsuits relating to oil and gas companies' deceptive promotion and sale of fossil fuels. *City of Hoboken v. Chevron Corp*, 45 F.4th 699 (3rd Cir. 2022), *cert denied sub nom. Chevron Corp. v City of Hoboken*, 2023 WL 3440749 (U.S., May 15, 2023). The Third Circuit's decision was previously addressed in Plaintiff's Fifth Notice of Supplemental Authority. (Doc. 68). The Supreme Court's decision is pertinent to Defendants' contentions here that removal is appropriate on the basis of: (i) federal common law; (ii) the *Grable* doctrine; (iii)

federal enclave jurisdiction; (iv) OCSLA jurisdiction; and (v) federal officer removal jurisdiction.

DATED: May 19, 2023

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: _____
    Justin E. Kolber
    Laura B. Murphy
      Assistant Attorneys General
    Office of the Attorney General
    109 State Street
    Montpelier, VT 05602
    (802) 828-3186
    Justin.Kolber@vermont.gov
    Laura.Murphy@vermont.gov

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

Eric L. Lewis*
Mark J. Leimkuhler*
1101 New York Avenue, Suite 1000
Washington, DC 20005
(202) 833-8900
Eric.Lewis@lbkmlaw.com
Mark.Leimkuhler@lbkmlaw.com
* *Pro hac vice*